64187. McKEE v. THE STATE.

CARLEY, Judge.

Appellant, with two co-defendants, was indicted, tried and convicted of secreting property to defraud another. Code Ann. § 26-1504. The instant appeal is a companion case to *Jarrett v. State,* 161 Ga. App. 285 (287 SE2d 746) (1982).

Appellant enumerates as error the denial of his motion for a directed verdict of acquittal. "The State, in the prosecution of the defendants, sought to establish a conspiracy . . . The jury was authorized to find that the [appellant], acting in concert with the other defendants, secreted the property in question. We find the

proof in the case sub judice to be sufficient to enable a rational trier of fact to find the [appellant] guilty beyond a reasonable doubt." *Jarrett,* 161 Ga. App. at 285-286, supra.

*Judgment affirmed. Quillian, C. J., and Shulman, P. J., concur.*

DECIDED SEPTEMBER 10, 1982.

*Hulon Murray,* for appellant.

*Jeff C. Wayne, District Attorney, Bruce L. Udolf, Assistant District Attorney,* for appellee.